1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KHOSROW RAHIMI,

                    Plaintiff(s),

    v.

BIG O TIRES, LLC, et al.,

                    Defendant(s).

Case No. 2:14-CV-408 JCM (NJK)

ORDER

      Presently before the court is the matter of *Rahimi v. Big O Tires, LLC, et al.*, case number 2:14-cv-408.

      Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice."

      Plaintiff filed the complaint in this case on March 20, 2014. To date, there has been no proof of service filed as to defendants Citibank North America and Big O Tires, LLC.

      On July 23, 2014, pursuant to Federal Rule of Civil Procedure 4(m), the clerk of the court provided notice to plaintiff that the action would be dismissed if plaintiff did not file proof of service of process within thirty days. (Doc. # 6).

      Though the deadline has passed, plaintiff has failed to file proof of service.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *Rahimi v. Big O Tires,*

3   *LLC, et al.*, case number 2:14-cv-408, be, and the same hereby is, DISMISSED without

4   prejudice.

5        DATED August 27, 2014.

6

7

8   _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -